UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE SEARCH WARRANT | Case No.: 3:24-MJ-246 RMS |
|---|---|

**ORDER REGARDING PROMPT FILING OF SEARCH WARRANT RETURN**

The government has applied for, and the Court has issued, a search warrant authorizing the search and seizure of electronic information identified in the Attachments to the warrant. The information is being sought from a company, and the warrant will be served on the company specified in the warrant. The warrant specifically includes the following direction: "Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory to the Honorable Robert M. Spector. The search warrant return will be filed promptly after the company provides the information described in the warrant. If the search warrant return is not docketed within one hundred and twenty (120) days from the date the warrant is issued, the government is directed to file a motion on the docket indicating the reasons for the delay and requesting a date by which the warrant return will be filed.

SO ORDERED this 20th day of March 2024 at New Haven, Connecticut.

                                                /s/ Robert M. Spector
                                                HON.
                                                UNITED STATES MAGISTRATE JUDGE