## Return

| Case No.: 3:24MJ246 (RMS) | Date and time warrant executed: 3/26/2024 at 0445 | Copy of warrant ~~and inventory~~ left with: Verizon |
|---|---|---|

Inventory made in the presence of: Verizon

Inventory of the property taken and name(s) of any person(s) seized:

RF signaling information received for telephone number 302-255-5453 at periodic intervals on the date of March 26, 2024 in the general vicinity of Magnolia St. and Albany St. intersection in Hartford, CT.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/2024

*Executing officer's signature*

ZACHARY C. WEIS (DUSM)
*Printed name and title*