AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:24MJ246 (RMS) | Date and time warrant executed: 3/21/2024 | Copy of warrant and inventory left with: USMS |
| Inventory made in the presence of: USMS | | |

Inventory of the property taken and name(s) of any person(s) seized:

Precision Location information received from Verizon Wireless for telephone number 302-255-5453 at periodic intervals for the dates of March 21, 2024 through March 26, 2024. Subscriber information and call detail records with cell site and RTT information received from Verizon Wireless for telephone number 302-255-5453 for the dates of February 19, 2024 through March 20, 2024.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/2024

Executing officer's signature

ZACHARY C. Weis (DUSM)
Printed name and title